UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-81481-CV-MIDDLEBROOKS

WATERSEDGE AT THE LAKES OF
DELRAY CONDOMINIUM ASSOCIATION,
INC.,

      Plaintiff,

v.

DELFA M. GOMEZ,

      Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court upon Plaintiff's Motion for Remand (DE 6). The case was originally assigned to Magistrate Judge Ryon M. McCabe. (DE 2). On January 26, 2026, Judge McCabe entered a Report and Recommendation ("Report") (DE 14), recommending that Plaintiff's Motion for Remand be granted. No objections were filed.

I have reviewed the Report, the record, and relevant caselaw. I find that Judge McCabe's findings are well-reasoned and supported by the record.

For these reasons, and for the reasons explained in Judge McCabe's well-reasoned Report, I grant Plaintiff's motion for remand.

Accordingly, it is **ORDERED AND ADJUDGED** that:

    1)    Judge McCabe's Report (DE 14) is **ADOPTED**.

    2)    Plaintiff's Motion for Remand (DE 6) is **GRANTED**.

    3)    The case is **REMANDED** to state court.

4) The Clerk shall **CLOSE** this case and all pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 18th day of February, 2026.

_____
Donald M. Middlebrooks
United States District Judge